# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELA C. CRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-11-1372-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER, SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On June 5, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended that the defendant's administrative decision to deny plaintiff's application for supplemental security income be reversed and that the court remand the administrative decision for further findings. Magistrate Judge Bacharach therein advised the parties of their right to file written objections to the Report and Recommendation by June 22, 2012, and further advised the parties that failure to file timely objections would result in waiver of the right to appeal the suggested ruling.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on June 5, 2012 (doc. no. 16) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The administrative decision of defendant, Michael J.

Astrue, Commissioner of the Social Security Administration, is **REVERSED**, and the administrative decision is **REMANDED** for further findings. Judgment shall issue forthwith.

DATED June 26 , 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-1372p002.wpd